# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130908 & (8)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

EDDIE LEE THOMPSON,
    Defendant-Appellant.

SC: 130908
COA: 268881
Genesee CC: 94-051282-FC

_____/

On order of the Court, the application for leave to appeal the order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.502(G). The motion for appointment of counsel is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006                          _____

s0918                                                        Clerk